AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br>ERIC HUGHES<br>TAYLOR PLACE<br>WILLIE RICE<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2012 through August 11, 2017__ in the county of __Richland__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Drug Conspiracy |
| 21 USC 841 | Intent to distribute and distribution of drugs |
| 18 USC 924(c) | Possessing a firearm in furtherance of a drug trafficking crime |
| 18 USC 922(g) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Barry Wilson, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/14/2017

*Judge's signature*

City and state: Columbia, SC

SHIVA V. HODGES, US Magistrate
*Printed name and title*