IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**ERIC HUGHES**<br>**TAYLOR PLACE**<br>**WILLIE RICE** | Criminal No: 3:17-775<br><br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 924(d)<br>18 U.S.C. § 924(e)<br>18 U.S.C. § 982(a)(1)<br>18 U.S.C. § 1956(a)(1)(A)(i)<br>18 U.S.C. § 1956(a)(1)(B)(i)<br>18 U.S.C. § 1956(h)<br>21 U.S.C. § 841(b)(2)<br>21 U.S.C. § 856<br>21 U.S.C. § 858<br>21 U.S.C. § 853<br>21 U.S.C. § 881<br>28 U.S.C. § 2461(c)<br><br>**INDICTMENT** |

COUNT 1

THE GRAND JURY CHARGES:

That beginning at a time unknown to the Grand Jury, but beginning at least in 2012 and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the defendants, **ERIC HUGHES, TAYLOR PLACE,** and **WILLIE RICE,** knowingly and intentionally did combine, conspire and agree with each other and others,

1

both known and unknown to the Grand Jury, to:

    a. knowingly, intentionally and unlawfully possess with intent to distribute and distribute a mixture or substance containing a detectable amount of U-47700, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

    b. knowingly, intentionally and unlawfully possess with intent to distribute and distribute a mixture or substance containing a detectable amount of Alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(2);

    c. knowingly, intentionally and unlawfully, maintain a drug-involved premises, in that the defendants did rent property vacation property in order to manufacture counterfeit controlled pills in violation of Title 21, United States Code, Section 856;

    d. did knowingly, intentionally and unlawfully create a substantial risk to human life in the manufacturing of controlled substances, in violation of Title 21, United States Code, Section 858;

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That beginning at a time unknown to the Grand Jury, but beginning at least in 2009, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the defendants, **ERIC HUGHES** and **TAYLOR PLACE,** knowingly and willfully did combine, conspire, agree and have tacit understanding with each other and others, both known and unknown, to the Grand Jury,

(a) to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which in fact involved the proceeds of specified unlawful activity, that is narcotics trafficking, in violation of Title 21, United States Code, Sections 841(a)(1), 802(32), 813, and 846, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and further knowing that the transactions were intended to promote the carrying on of a specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

(b) to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which in fact involved the proceeds of specified unlawful activity, that is narcotics trafficking, in violation of Title 21, United States Code, Sections 841(a)(1), 802(32), 813, and 846, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and further knowing that the transactions were designed, in whole and in part, to conceal and disguise the nature, the location, the source, the ownership, and the control of the property, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That in July and August 2017, in the District of South Carolina and elsewhere, the defendant, **ERIC HUGHES**, knowingly did possess firearms in furtherance of a drug trafficking crime which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That in July and August 2017, in the District of South Carolina and elsewhere, the defendant, **TAYLOR PLACE**, knowingly did possess firearms in furtherance of a drug trafficking crime which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 5

THE GRAND JURY FURTHER CHARGES:

That on and around August 11, 2017, in the District of South Carolina, the defendant, **TAYLOR PLACE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess, in and affecting commerce, a firearm, which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## **FORFEITURE**

FIREARMS/ DRUG-TRAFFICKING OFFENSES:

    A.    Upon conviction for one or more felony violations of Title 18 and Title 21, United States Code, as charged in this Indictment, the Defendants, **ERIC HUGHES, TAYLOR PLACE,** and **WILLIE RICE,** shall each forfeit to the United States all of the Defendants' right, title and interest in and to any property, real and personal,

    (1)    constituting or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violations, and all properties traceable thereto;

    (2)    used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations;

    (3)    any firearm and ammunition (as defined in 18 U.S.C. § 921) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

    (4)    involved in or used in any knowing violations of 18 U.S.C. §§922 and 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

MONEY LAUNDERING:

    B.    Upon conviction for violations of Title 18, United States Code, Section 1956 as charged in this Indictment, the Defendants, **ERIC HUGHES, TAYLOR PLACE,** and **WILLIE RICE,** shall forfeit to the United States any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956, as charged in the Indictment, or any property traceable to the offense.

PROPERTY:

    C.    Pursuant to Title 18, United States Code, Sections 924(d) and 982(a)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for offenses charged in this Indictment includes, but is not limited to, the following property or proceeds thereof:

    (1)    Proceeds/Money Judgment:

    A sum of money equal to all property the Defendants obtained, directly or indirectly from, or used to facilitate, the Title 21 offenses charged in the Indictment, that amount as determined by the Court, the aggregate constitutes proceeds the Defendants obtained directly or indirectly as the result of such violations of Title 21, United States Code, or were used to facilitate such violations and/or a sum of money equal to all property involved in the money laundering offenses charged in the Indictment.

    (2)    Firearms:

    (1) Springfield Armory XD .40 caliber handgun (serial number GM110649)

    (1) Smith & Wesson .45 caliber M&P handgun (serial number HSD3686)

    (3)    Magazines/Ammunition:

    (2) magazines for the Springfield handgun

    (18) rounds of .40 caliber ammunition

    (2) boxes of .45 caliber ammunition

    (4)    Coins

    (7) gold color collector/investment coins

    (5)    Cash/United States currency:

    $75, 780.00 in United States currency
Seized from the residence of Taylor Place

SUBSTITUTION OF ASSETS:

D.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants --

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third person;
    c.  has been placed beyond the jurisdiction of the Court;
    d.  has been substantially diminished in value; or
    e.  has been commingled with other property which cannot be subdivided without difficulty.

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p) as incorporated by 18 U.S.C. § 982 (b)(1), to seek forfeiture of any other property of the said Defendants up to the value of the above forfeitable property.

Pursuant to Title 18, United States Code, Sections 924(d) and 982(a)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c)

A  TRUE  Bill

/Foreperson

Nancy C. Wicker for
BETH DRAKE (jhm)
United States Attorney